THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARL E. HEINRICH, Appellant.—Appeal dismissed, without costs on the authority of *People* v. *Gersewitz* (294 N. Y. 163). All concur. (The order denies defendant's motion to vacate a judgment convicting defendant of the crime of grand larceny, second degree.) Present — Taylor, P. J., Dowling, Harris, McCurn and Larkin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL CONNELLAN, Appellant, against WALTER B. MARTIN, as Warden of Attica State Prison, Respondent.— Order affirmed, without costs of this appeal to either party. Memorandum: The respondent's return, which is not traversed, discloses that the relator is now held, as a fourth offender, under the commitment of the Westchester County Court and not under a like commitment in 1928 of the Albany County Court as alleged in the petition. The defects of which he complains cannot be considered on habeas corpus. (*People ex rel. Carr* v. *Martin*, 286 N. Y. 27; *Matter of Morhous* v. *N. Y. Supreme Court*, 293 N. Y. 131; *People ex rel. Wachowicz* v. *Martin*, 293 N. Y. 361; *People ex rel. Martine* v. *Hunt*, 294 N. Y. 651.) All concur. (The order dismisses a writ of habeas corpus and remands relator to the custody of defendant.) Present — Taylor, P. J., Dowling, Harris, McCurn and Larkin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES F. MUSTART, Appellant, against WALTER B. MARTIN, as Warden of Attica State Prison, Respondent.— Orders affirmed, without costs of this appeal to either party. All concur. (The orders correct the record and deny petitioner's application for an order directing his discharge from Attica State Prison.) Present — Taylor, P. J., Dowling, Harris, McCurn and Larkin, JJ.

BENJAMIN E. TILTON, as Trustee of New York State Railways, Respondent, v. CITY OF UTICA et al., Appellants.— Order affirmed, without costs of this appeal to any party. We pass upon the expediency of the granting of the temporary injunction and we do not pass upon the validity of the ordinance. All concur. (The order is for plaintiff on a motion for a temporary injunction.) Present — Taylor, P. J., Dowling, Harris, McCurn and Love, JJ. [See *post*, p. 901.]

CHARLES J. CLARKE, Respondent, v. ANDREW D. WHITE ESTATE et al., Defendants; EDWARD J. TURO, SR., Appellant. Eight Other Cases by Various Plaintiffs in Some of Which EDWARD J. TURO, JR., Is also Defendant-Appellant. — Order so far as appealed from modified by staying the trial of the actions at the June, 1945, Term, and until the commencement of the September, 1945, Term, and as modified affirmed, without costs of this appeal to any party. All concur. (The portion of the order denies defendants' motion to put the case on the Military Calendar.) Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ.

AMBROSE J. McNAMARA, Appellant, v. HERBERT S. POWELL et al., Respondents.— Order affirmed, without costs of this appeal to either party. All concur. (The order grants to defendants a stay of execution upon giving partial security.) Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ.

In the Matter of NEW YORK STATE LABOR RELATIONS BOARD, Respondent, against BETHLEHEM STEEL COMPANY et al., Appellants.— Motion for a stay granted pending determination of the appeal by the Court of Appeals. Present — Taylor, P. J., Dowling, McCurn, Larkin and Love, JJ. [See *ante*, p. 805.]